**Order entered March 3, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00039-CV

**METHODIST HOSPITALS OF DALLAS D/B/A METHODIST MANSFIELD MEDICAL CENTER, Appellant**

**V.**

**CYNTHIA YATES, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF HUBERT YATES, Appellee**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-19-07083-B**

## ORDER

The clerk's record in this accelerated appeal is past due. Before the Court is appellant's February 26, 2021 letter informing the Court that its efforts to ensure the record is filed have not been successful.

Because the appeal cannot proceed without the clerk's record, we **ORDER** Dallas County Clerk John F. Warren to file the record **no later than March 8, 2021**. We caution that extension requests will be disfavored.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Warren and the parties.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE